IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LISA SYKES, individually and as Parent and natural guardian of Wesley Alexander Sykes, a minor child, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER PHARMACEUTICALS CORPORATION<br><br>    Defendant. | Case No. 3:07CV660 |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Lisa Sykes and Seth Sykes, individually and as Parents and Natural Guardians of Minor Child Wesley Alexander Sykes, and the Defendants, Bayer Corporation aka Bayer Corporation, Inc., Bayer Biological Products, Bayer Healthcare Corporation, Inc., Bayer Pharmaceutical Corporation, Bayer Pharmaceuticals Corporation, Inc., Individually and as Successors-In-Interest to Miles, Inc., and enter this Voluntary Stipulation of Dismissal with Prejudice, of this action with each party to bear its own costs and attorney fees.

Respectfully submitted this 1st day of May 2008.

                                                          **BAYER CORPORATION (AND BAYER ENTITIES NOTED ABOVE) AND
LISA SYKES AND SETH SYKES, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF MINOR CHILD WESLEY ALEXANDER SYKES,**

***COUNSEL FOR DEFENDANTS***

**BAYER CORPORATION**

/s/ William P. Childress
William P. Childress
Attorney for Bayer Corporation
Va. Bar Number 72823
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:    (804) 788-8218
Email: wchildress@hunton.com

D. Alan Rudlin
Attorney for Bayer Corporation
Va. Bar Number 17010
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:    (804) 788-8218
Email : aruldin@hunton.com

Marc J. Ayers
Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone:  (205) 521-8598
Fax:     (205) 488-6598
Email:  mayers@bradleyarant.com

Joseph S. Bird, III
Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone:  (205) 521-8473
Fax:     (205) 488-6473

Email: jbird@bradleyarant.com

F.M. Haston, III
Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone: (205) 521-8303
Fax:    (205) 488-6303
Email: thaston@bradleyarant.com

William F. Goodman
Attorney for Bayer Corporation
Admitted *pro hac vice*
**Watkins & Eager PLLC**
P.O. Box 650 Jackson, Mississippi 39205
Phone: (601) 965-1998
Fax:    (601) 965-1901
Email: wgoodman@watkinseager.com

Douglas J. Gunn
Attorney for Bayer Corporation
Admitted *pro hac vice*
**Watkins & Eager PLLC**
P.O. Box 650 Jackson, Mississippi 39205
Phone: (601) 965-1921
Fax:    (601) 965-1901
Email: dgunn@watkinseager.com


*COUNSEL FOR PLAINTIFFS*

**Lisa Sykes and Seth Sykes, individually and as Parents and Natural Guardians of Minor Child Wesley Alexander Sykes,**

/s/ Clifford J. Shoemaker

Clifford J. Shoemaker, Esq.
Attorney for Lisa Sykes and Seth Sykes, individually and as Parents and Natural Guardians of Minor Child Wesley Alexander Sykes.
Va. Bar Number 17142
**Shoemaker & Associates**
9711 Meadow Lark Road
Vienna, VA 22182-1951

Phone: 703-281-6395
Fax: 703-281-5807
Email: cliff@attorneyaccess.net
Lawrence R. Cohan, Esq.
**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN & SMALLEY P.C.**
1710 Spruce Street
Philadelphia, PA 19103
lcohan@anapolschwartz.com

## CERTIFICATE OF SERVICE

I herby certify that on May 1, 2008 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

Clifford J. Shoemaker, Esq.
Shoemaker & Associates
9711 Meadow Lark Road
Vienna, VA 22182-1951

/s/ William P. Childress
William P. Childress
Va. Bar Number 72823
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:    (804) 788-8218
Email: wchildress@hunton.com