IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **LISA SYKES, individually and as Parent and natural guardian of Wesley Alexander Sykes, a minor child, ET AL.** )<br>)<br>)<br>) | |
| Plaintiffs, ) | Case No. 3:07CV660 |
| ) | |
| v. ) | |
| ) | |
| **BAYER PHARMACEUTICALS CORPORATION** )<br>) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. After having considered the Stipulation and being otherwise fully advised upon the premises, it is hereby

ORDERED AND ADJUDGED that the action is hereby DISMISSED with prejudice and each party shall bear its own costs and fees.

_____
James R. Spencer
Chief United States District Judge

ENTERED this _____ day of May 2008.

**WE ASK FOR THIS**:

/s/ William P. Childress
William P. Childress
Attorney for Bayer Corporation
Va. Bar Number 72823
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:     (804) 788-8218
Email: wchildress@hunton.com

D. Alan Rudlin
Attorney for Bayer Corporation
Va. Bar Number 17010
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:     (804) 788-8218
Email : aruldin@hunton.com

Marc J. Ayers
Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone:  (205) 521-8598
Fax:     (205) 488-6598
Email: mayers@bradleyarant.com

Joseph S. Bird, III
Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone:  (205) 521-8473
Fax:     (205) 488-6473
Email: jbird@bradleyarant.com

F.M. Haston, III

Attorney for Bayer Corporation
Admitted pro hac vice
**Bradley Arant Rose & White LLP**
1819 5th Avenue
Birmingham, Alabama 35203
Phone:  (205) 521-8303
Fax:     (205) 488-6303
Email:  thaston@bradleyarant.com

William F. Goodman
Attorney for Bayer Corporation
Admitted *pro hac vice*
**Watkins & Eager PLLC**
P.O. Box 650 Jackson, Mississippi 39205
Phone:  (601) 965-1998
Fax:     (601) 965-1901
Email:  wgoodman@watkinseager.com

Douglas J. Gunn
Attorney for Bayer Corporation
Admitted *pro hac vice*
**Watkins & Eager PLLC**
P.O. Box 650 Jackson, Mississippi 39205
Phone:  (601) 965-1921
Fax:     (601) 965-1901
Email:  dgunn@watkinseager.com


/s/ Clifford J. Shoemaker

Clifford J. Shoemaker
Attorney for Lisa Sykes and Seth Sykes, individually and as Parents and Natural Guardians of Minor Child Wesley Alexander Sykes.
Va. Bar Number 17142
**Shoemaker & Associates**
9711 Meadow Lark Road
Vienna, VA 22182-1951
Phone: 703-281-6395
Fax: 703-281-5807
Email: cliff@attorneyaccess.net

Lawrence R. Cohan, Esq.
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY P.C.**
1710 Spruce Street
Philadelphia, PA 19103

lcohan@anapolschwartz.com

**CERTIFICATE OF SERVICE**

I herby certify that on May 1, 2008 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

Clifford J. Shoemaker, Esq.
Shoemaker & Associates
9711 Meadow Lark Road
Vienna, VA 22182-1951

<u>/s/ William P. Childress</u>
William P. Childress
Va. Bar Number 72823
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Phone: (804) 788-8200
Fax:    (804) 788-8218
Email: wchildress@hunton.com